# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **ANDREW FLOOD,** | ) | |
| | ) | |
| PETITIONER | ) | |
| | ) | |
| **v.** | ) | CIVIL NO. 1:11-cv-32-DBH |
| | ) | |
| **PATRICIA BARNHART,** WARDEN, | ) | |
| MAINE STATE PRISON, | ) | |
| | ) | |
| RESPONDENT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 31, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2254 Petition and Memorandum Decision on Motion to Reconsider Regarding Bail and Appointment of Counsel. The petitioner filed objections to both on June 30, 2011.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary. The petition for § 2254 relief is **DENIED**.

I have reviewed and considered the Memorandum Decision. I concur with the Magistrate Judge's Memorandum Decision because it is neither clearly

erroneous nor contrary to law.  The motion to appoint counsel and reconsider the denial of bail is **DENIED**.

The petitioner's motion for hearing and production of documents is **DENIED**.

**SO ORDERED.**

**DATED THIS 5TH DAY OF JULY, 2011**

/s/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**