UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| ANDREW FLOOD, | ) | |
|---|---|---|
| Petitioner | ) ) ) ) | |
| v. | ) ) | Civil No. 1:11-cv-32-DBH |
| PATRICIA BARNHART, Warden, Maine State Prison, | ) ) ) ) | |
| Respondent | ) | |

## ORDER ON PETITIONER'S MOTION FOR RECONSIDERATION

On July 5, 2011, I affirmed the Recommended Decision of the Magistrate Judge denying the petition for § 2254 relief, denying the motion to appoint counsel and reconsider the denial of bail, and denying the motion for hearing and production of documents. On July 13, the petitioner filed his motion for reconsideration of the denial of the § 2254 petition or, in the alternative, for certificate of appealability.

The motion for reconsideration is **Denied**.

The motion for certificate of appealability is **Denied** because there is no substantial issue that can be presented on appeal. See Fed. R. App. P. 22(b); First Circuit Local Rule 22.1.

So Ordered.

Dated this 14th day of July, 2011

/s/ D. Brock Hornby
**D. Brock Hornby**
United States District Judge