UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ANDREW FLOOD,<br><br>   PETITIONER<br><br>v.<br><br>PATRICIA BARNHART, WARDEN,<br>MAINE STATE PRISON,<br><br>   RESPONDENT | CIVIL NO. 1:11-cv-32-DBH |

**ORDER ON PETITIONER'S MOTION FOR RECONSIDERATION**

  The petitioner's January 17, 2012, motion for reconsideration is **DENIED**. It remains the case that this federal court cannot provide the remedy the petitioner seeks for the reasons stated in the Magistrate Judge's Recommended Decision, later affirmed by me and then by the Court of Appeals for the First Circuit.

  **SO ORDERED.**

  **DATED THIS 23RD DAY OF JANUARY, 2012**

                /S/D. BROCK HORNBY
                **D. BROCK HORNBY**
                **UNITED STATES DISTRICT JUDGE**