# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **ANDREW FLOOD,** | ) | |
| **PETITIONER** | ) ) ) | |
| v. | ) ) | CIVIL NO. 1:11-cv-32-DBH |
| **PATRICIA BARNHART, WARDEN, MAINE STATE PRISON,** | ) ) ) ) | |
| **RESPONDENT** | ) | |

## ORDER ON PETITIONER'S MOTION FOR RECONSIDERATION

The petitioner's January 17, 2012, motion for reconsideration is **DENIED**. It remains the case that this federal court cannot provide the remedy the petitioner seeks for the reasons stated in the Magistrate Judge's Recommended Decision, later affirmed by me and then by the Court of Appeals for the First Circuit.

**SO ORDERED.**

**DATED THIS 23RD DAY OF JANUARY, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**