# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ANDREW FLOOD, )<br>)<br>  PETITIONER )<br>)<br>v. )<br>)<br>PATRICIA BARNHART, WARDEN, )<br>MAINE STATE PRISON, )<br>)<br>  RESPONDENT ) | CIVIL NO. 1:11-cv-32-DBH |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

SO ORDERED.

DATED THIS 20TH DAY OF NOVEMBER, 2012

/s/ D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**